IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PORTUS SINGAPORE PTE LTD and PORTUS PTY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SCHNEIDER ELECTRIC USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 23-977-JLH-CJB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 29th day of October 2025:

WHEREAS, on June 5, 2025, the parties submitted Motions for Claim Construction and a Joint Claim Construction Brief (D.I. 70, 73, 74);

WHEREAS, on June 26, 2025, Magistrate Judge Burke heard argument from the parties regarding the disputed terms;

WHEREAS, on June 27, 2025, Magistrate Judge Burke issued a five-part Report and Recommendation ("R&R") (D.I. 79, 80, 81, 82) in this action, which recommended that the Court (1) afford term 1 ("communications server") its plain and ordinary meaning (D.I. 79) and (2) construe term 3 ("communications session") to mean "exchange of information or data when interconnected, which has a beginning and an end" (D.I. 81);

WHEREAS, on July 10, 2025, the parties agreed to a construction for term 4 ("direct communicative coupling") (D.I. 83);

WHEREAS, the parties stipulated and agreed that no party shall submit objections to the Report and Recommendation (D.I. 84), and no party filed objections pursuant to 72(b)(2) of the

Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 79, 80, 81, 82) is ADOPTED. The Court adopts the following constructions:

1. "Communications server" is afforded its plain and ordinary meaning.

2. "Communications session" is construed to mean "exchange of information or data when interconnected, which has a beginning and an end."

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE